IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------------------------------------------------------
13-4688
-------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff - Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| CALVIN LAVAR DIXON, | ) |
| Defendant - Appellant. | ) |

MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF AND THE JOINT APPENDIX

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellant hereby moves for a seven (7) day extension of time within which to file Appellant's Opening Brief and the Joint Appendix. This is Appellant's third request for an extension.

The reason for this request is that on February 20, 2014, counsel had a telephone conference with the Appellant. During that conference Appellant raised several issues that he would like counsel to consider prior to submitting the Opening Brief.

WHEREFORE, Appellant requests that the Court extend the time to file Appellant's Opening Brief and the Joint Appendix until Tuesday, March 11, 2014.

Respectfully submitted,

/s Bradley M. Kirkland
Bradley M. Kirkland
2007 Lincoln Street
Columbia, SC 29201
Voice: 803-386-1116
Fax:    803-403-8000